IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA,
SOUTHERN DIVISION

| | |
|---|---|
| WELLS FARGO EQUIPMENT FINANCE, INC., a corporation, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) CASE NO. 08-134 ) |
| MARTIN INTERNATIONAL RESORTS & AVIATION, LLC, a limited liability company, and PHILIP J. MARTIN, an individual, | ) ) ) ) ) |
| Defendants. | ) |

### CONSENT ORDER OF FINAL JUDGMENT

The parties to this lawsuit have agreed to the entry of this order pursuant to the terms of a settlement agreement dated December 29, 2008, as evidenced by the signatures of their counsel on the proposed consent order of final judgment (Doc. 24-2). Accordingly, based upon the parties' settlement of this matter, it is hereby ORDERED, ADJUDGED and DECREED that:

A judgment is hereby rendered in favor of Wells Fargo Equipment Finance, Inc., against Martin International Resorts & Aviation, LLC, and Philip J. Martin, jointly and severally, in the amount of $750,000.00.

DONE and ORDERED this 26th day of January, 2009.

/s/ Callie V. S. Granade
Chief Unites States District Judge

1

2

**Approved and Consented to:**

_____
C. Ellis Brazeal III
Attorney for Wells Fargo Equipment Finance, Inc.


_____
Donald Briskman
Attorney for Martin International Resorts
& Aviation, LLC and Philip J. Martin